**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **DUSTIN T. DUNCAN, ScD,**<br>**Plaintiff,**<br><br>**v.**<br><br>**ELLE LETT, PhD,**<br>**Defendant.** | **CIVIL ACTION**<br><br><br><br>**NO. 23-4284** |

**O R D E R**

**AND NOW**, this 7th day of August, 2026, upon consideration of Plaintiff and Defendant's renewed motions for summary judgment (ECF Nos. 102, 103, 104) and the responses thereto (ECF Nos. 105, 106, 107, 108, 110), **IT IS ORDERED** that Plaintiff's Second Motion for Summary Judgment (ECF No. 104) is **DENIED** and Defendant's Fourth Motion for Summary Judgment (ECF No. 103) is **GRANTED** with respect to Defendant's statements to McLemore, Samari, Everhart, Radix, Restar, and Streed, and Public Statements Five and Six, and **DENIED** as to Defendant's statements to Green and Public Statements One through Four.

**BY THE COURT:**

**/s/ Hon. Kelley B. Hodge**

**HODGE, KELLEY B., J.**